UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-486 (PAM/JGL)

UNITED STATES OF AMERICA,

Plaintiff,

v.

**NOTICE OF SETTLEMENT CONFERENCE**

$30,055.00 IN U.S. CURRENCY,

Defendant.

A settlement conference has been scheduled in the above-referenced matter for **Friday, November 17, 2000, at 9:00 a.m.** in my chambers, **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415. PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM**.

In order to bring me up to date about the issues in this case as they have developed since commencement, a letter or settlement brief addressed to my chambers, with service on opposing counsel, shall be submitted five days before the scheduled conference.

Counsel who will actually try the case and each party armed with full settlement authority are expected to attend the conference. If there is an insurance company involved, an agent of the company with full settlement authority shall also be in attendance. Availability by telephone is not acceptable.

Dated: August 23, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

**Notice mailed to:**

Mary Trippler, Esq.
U.S. Attorney's Office
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

John Hughes, Esq.
Barrister Trust Bldg.
247 Third Avenue South
Minneapolis, MN 55415

Filed AUG 23 2000
Francis E. Dosal, Clerk
Judgment Entd.________
Deputy Clerk________