UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-486 (PAM/JGL)

UNITED STATES OF AMERICA,

Plaintiff,

v.

**PRETRIAL ORDER**

$30,055.00 IN U.S. CURRENCY,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is one to two days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to November 1, 2000;

3. All parties shall disclose all expert witnesses by December 1, 2000, and reports by February 1, 2001;

4. The period during which the parties may seek discovery shall be completed by May 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to June 1, 2001;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with amendments to the local rules adopted by the Court 1/3/00, prior to September 1, 2001; and

7. This case will be considered "ready for trial" as of September 1, 2001.

DATED: August 23, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

AUG 23 2000
Filed
Francis E. Dosal, Clerk
Judgment Entd.
Deputy Clerk