UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-486 (PAM/JGL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, | ) | |
| v. | ) | FINAL ORDER OF FORFEITURE |
| $30,055.00 IN U.S. CURRENCY, DEFENDANT. | ) | |

Based on the plaintiff's motion for a finding of probable cause for forfeiture of the defendant currency, for default judgment against Claimant Kareem Mercedes Warren and all unknown persons and entities as to $22,055.00 of the defendant currency, and for forfeiture of $22,055.00 of the defendant currency to the plaintiff, on all the files and records in this action, and on the Court's finding as follows that:

1. pursuant to a Warrant of Arrest and Notice In Rem issued by United States Magistrate Judge Jonathan G. Lebedoff, the United States Marshal for the District of Minnesota arrested the defendant currency;

2. a Notice of Arrest and Seizure was published in the Finance and Commerce, Minneapolis, Minnesota, on March 14, 21 and 28, 2000;

3. the United States Marshal served Kareem Mercedes Warren, through her attorney, John L. Lucas, with copies of the verified



FILED DEC 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD DEC 15 2000
DEPUTY CLERK

Complaint for Forfeiture, Summons, and Warrant of Arrest and Notice In Rem;

4. Kareem Mercedes Warren filed a claim for the defendant currency and an answer to the Complaint for Forfeiture with the Clerk of Court and served them on the United States Attorney;

5. no other claims and answers have been filed, and the time for filing a claim and answer has expired;

6. by Stipulation for Settlement of Claim, Claimant Kareem Mercedes Warren withdrew her claim to $22,055.00 of the defendant currency, consented to the entry of default judgment against her as to the $22,055.00, and consented to the forfeiture of the $22,055.00 to the plaintiff, and the plaintiff agreed to return the remaining $8,000.00 of the defendant currency to Claimant Kareem Mercedes Warren upon the entry of a Final Order of Forfeiture against the $22,055.00;

7. the Clerk of Court entered default against all unknown persons and entities for failure to file a claim and answer or otherwise defend in this action within the time permitted by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims and against Kareem Mercedes Warren as to $22,055.00 of the defendant currency as provided for in the Stipulation for Settlement of Claim filed in this action; and

8. the plaintiff has established probable cause for the forfeiture of the defendant currency pursuant to 21 U.S.C. § 881(a)(6);

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. default judgment is entered against all unknown persons and entities and Claimant Kareem Mercedes Warren as to $22,055.00 of the defendant currency; and

2. all right, title and interest of the defaulted persons and entities in $22,055.00 of the defendant currency is forfeited to the plaintiff, and no right, title or interest in $22,055.00 of the defendant currency shall exist in any other person or entity; and

3. all other terms of the Stipulation for Settlement of Claim between the plaintiff and Claimant Kareem Mercedes Warren shall be effected.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 15, 2000

PAUL A. MAGNUSON, Chief Judge
United States District Court